# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **LED Craft, Inc.,** | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| | ) |
| | ) |
| **Melissa Carlil,** | )   Case No. 4:19-cv-02977 UNA |
| | ) |
| **Plaintiff.** | ) |
| | ) |
| | ) |

## ORDER

On November 5, 2019, due to electronic case opening, the above numbered case was inadvertently opened in error.  Therefore, this case will be administratively closed.

Case No. 4:19-cv-2977 UNA is hereby administratively closed.

Dated this 6th day of November, 2019.

                                         GREGORY J. LINHARES,
                                         CLERK OF COURT

                                         By: /s/ Michele Crayton
                                              Court Services Manager